IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

VS.                                              CASE NO. 11-90838-M-01

JASMINE D.TAYLOR
JUNCTION CITY, KS

INFORMATION

The United States Attorney charges that:

On or about May 1, 2011, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, JASMINE D.TAYLOR did unlawfully operate or attempt to operate a motor vehicle while the alcohol concentration within his blood or breath, as measured within two hours of the time of operating or attempting to operate a vehicle, was .08 or more, in violation of Title 18, United States Code, Section 13, and K.S.A. 8-1567(a)(2); or in the alternative, JASMINE D.TAYLOR did unlawfully operate or attempt to operate a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safely driving a vehicle, in violation of Title 18, United States Code, Section 13, and K.S.A. 8-1567(a)(3). (DUI)(Class B Misdemeanor)

BARRY R. GRISSOM
United States Attorney

BRYAN GOLDBERG
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed 10/27/11

HON GARY SEBELIUS
U.S. Magistrate Judge