U.S.A _Jasmine Taylor_____    Case No. 11-90838-M-01
JUDGE: __Sebelius_____  DATE: ~~3 Nov 2011~~ 27 Oct 2011

[✓] FIRST APPEARANCE    TIME SPENT ON 1ST APPEARANCE: __1 min__

Government appears by Special Assistant U.S. Attorney _Vasquez_ (Prosecutor).

[ ] Defendant appears in person and/or by attorney: _____    [✓] Defendant failed to appear

Defendant's age: _____

[ ] Defendant provided a copy of the Information and supporting Statement(s)
    Court has examined the Information and Statement(s) of Probable Cause and finds probable cause to permit filing of the Information
[ ] Defendant informed of the Charge(s)            [ ] Maximum penalties explained to the Defendant
       Charge            Class                         Charge            Class
  (1)_____           (3)_____
  (2)_____           (4)_____

[ ] Defendant informed of his right to remain silent and told that any statement made by the Defendant may be used against the Defendant
[ ] Defendant without counsel and requests court-appointed counsel and prepares and files his/her Financial Affidavit. The court finds Defendant is eligible for the appointment of counsel: _____
[ ] Defendant does not request counsel although right to counsel explained. Defendant further advised can request counsel at arraignment.
[ ] Arraignment set for _____, 2011, at 10:30 a.m.

**Class A Misdemeanor only:**
[ ] Defendant informed of his right to a trial by jury and right to a trial, judgment, and sentencing before a judge of the District Court

**[ ] COURT APPROVED PRETRIAL DIVERSION AGREEMENT AND ORDERS:**

Pretrial Diversion Period _____  Pretrial Diversion Fine $_____

Special Conditions _____

Defendant released:   [ ] ROR      [ ] $_____ NON-SURETY    [ ] $_____ SURETY

[✓] **NOTICE TO APPEAR:**
On motion of the government a Notice to Appear is ordered directing the defendant to appear _11-17_, 2011, at 9:00 A.M. for his/her initial appearance.

[ ] **WARRANT:**
Defendant does not appear in response to Notice to appear dated _____, 2011. Government moves for a warrant. Motion granted and ordered that a warrant be issued for the arrest of the defendant.

Time from _____ to _____ taxed to Defendant under Speedy Trial Act